UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: PAULA HOSKINS  CASE NO. 16-13117; SEC B
CHAPTER 13

**ORDER**

Upon considering the Motion for Approval of Loan Modification filed by WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST BANK AS SERVICED BY CARRINGTON MORTGAGE SERVICES, the lack of opposition thereto and the hearing noticed for **August 2, 2017**;

IT IS HEREBY ORDERED that the loan modification is hereby approved.

IT IS FURTHER ORDERED that under the terms of the interest bearing principal balance modification, the new principal and interest payment will be $285.60, with an estimated escrow payment of $293.03, for a total payment of $578.63, beginning June 1, 2017 and continuing for 60 months at the interest rate of 2.00%; then the principal and interest payment will be $337.43, in addition to escrow, beginning June 1, 2022, and continuing for 12 months at the interest rate of 3.00%; then the principal and interest payment will be $392.64, in addition to escrow, beginning June 1, 2023, and continuing for 12 months at the interest rate of 4.00%; then the principal and interest payment will be $399.70, in addition to escrow, beginning June 1, 2024, and continuing for 454 months at the interest rate of 4.125%. As of the effective date the new maturity date will be March 1, 2062 and the new principal balance will be $137,832.24. The escrow payments may be adjusted periodically in accordance with the applicable law and therefore the total monthly payment may change accordingly.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, August 4, 2017.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge


DEAN MORRIS, L.L.C.
1820 Avenue of America
P. O. Box 15270
Monroe, LA  71207-5270
 (318) 388-1440

/S/ Jason R. Smith
ATTORNEY FOR CREDITOR